| | |
|---|---|
| 1 | Michael L. Mallow (SBN 188745) |
| 2 | mmallow@shb.com |
|  | Rachel A. Straus (SBN 268836) |
| 3 | rstraus@shb.com |
|  | Shook, Hardy & Bacon L.L.P. |
| 4 | 2049 Century Park East, Suite 3000 |
|  | Los Angeles, California 90067 |
| 5 | Telephone:  424.285.8330 |
|  | Facsimile:   424.204.9093 |
| 6 | |
|  | Attorneys for Defendant |
| 7 | VOLVO CAR USA, LLC |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL SMITH, individually and on behalf of others similarly situated, | Case No. 3:22-cv-01965-AJB-AGS |
| Plaintiff, | Assigned to: Hon. Anthony J. Battaglia |
| vs. | **DEFENDANT VOLVO CAR USA, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT** |
| VOLVO CAR USA, LLC , | Date:   June 8, 2023 |
| Defendant. | Time:   2:00 p.m. |
| | Place:  221 West Broadway |
| | San Diego, CA 92101 |
| | Courtroom 4A, 4th Floor |
| | |
| | Complaint Served: December 13, 2022 |

NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT

| | |
|---|---|
| 1 | **TO THE COURT, ALL PARTIES AND ALL ATTORNEYS OF** |
| 2 | **RECORD:** |
| 3 |     **PLEASE TAKE NOTICE** that on June 8, 2023 at 2:00 p.m., or as soon |
| 4 | thereafter as the matter may be heard, before the Honorable Anthony J. Battaglia, |
| 5 | sitting in the United States Courthouse, Courtroom 4A, 221 West Broadway, San |
| 6 | Diego, CA 92101, Defendant Volvo Car USA, LLC ("Volvo") will and hereby does |
| 7 | move this Court for an Order granting Volvo's Motion to Dismiss Complaint. |
| 8 |     This Motion is based on this Notice of Motion, the concurrently-filed |
| 9 | Memorandum of Points and Authorities, pleadings and papers on file in this action, |
| 10 | and such oral and documentary evidence as may be presented at the hearing on this |
| 11 | Motion. |

April 5, 2023                                   Respectfully Submitted

                                                      SHOOK, HARDY & BACON L.L.P.

                                                    By: */s/ Rachel A. Straus*
                                                         Rachel A. Straus

                                                      Attorneys for Defendant
                                                      VOLVO CAR USA, LLC