Joshua B. Swigart (SBN 225557)
Josh@SwigartLawGroup.com
**SWIGART LAW GROUP, APC**
2221 Camino del Rio S, Ste 308
San Diego, CA 92108
P: 866-219-3343
F: 866-219-8344

Daniel G. Shay (SBN 250548)
DanielShay@TCPAFDCPA.com
**LAW OFFICE OF DANIEL G. SHAY**
2221 Camino del Rio S, Ste 308
San Diego, CA 92108
P: 619-222-7429
F: 866-431-3292

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VOLVO CAR USA, LLC,<br><br>Defendant. | CASE No: 3:22-cv-01965-AJB-JLB<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |

1    In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff
2  Russell Smith ("Plaintiff") voluntarily dismisses this action against Volvo Car USA,
3  LLC ("Defendant") without prejudice.
4
5                                           Respectfully submitted,
6
7  Date:  April 19, 2023              LAW OFFICE OF DANIEL G. SHAY
8
9                             By:   s/ Daniel G. Shay
                                    Daniel G. Shay, Esq.
10                                  DanielShay@TCPAFDCPA.com
                                    Attorney for Plaintiffs
11

Notice of Voluntary Dismissal